**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sunny Rose Corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba Junk King |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-4869073 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>2660 Pacific Park Drive<br>Number    Street<br><br>_____<br><br>Whittier    CA    90601<br>City    State    ZIP Code<br><br>Los Angeles<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code |
| 5. | **Debtor's website** (URL) | _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Sunny Rose Corporation**  Case number *(if known)*_____
　　　　　Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>　　4　2　1　2 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>　　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　　☐ A plan is being filed with this petition.<br>　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |

Debtor  **Sunny Rose Corporation**                                    Case number (*if known*)_____
        Name

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br>          District _____  When ____/____/_____ <br>                                                                MM  /  DD  / YYYY <br>          Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | Check all that apply: <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                                      Number     Street <br>                                      _____ <br>                                      _____  _____  _____ <br>                                      City                         State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | Check one: <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49                    ☐ 1,000-5,000         ☐ 25,001-50,000 <br> ☐ 50-99                  ☐ 5,001-10,000        ☐ 50,001-100,000 <br> ☐ 100-199                ☐ 10,001-25,000       ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

| Debtor | Sunny Rose Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2024
MM / DD / YYYY

✗ _____    Edward Young
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✗ /s/ W. Derek May    Date 11/18/2024
Signature of attorney for debtor    MM / DD / YYYY

W. Derek May
Printed name
Law Office of W. Derek May
Firm name
400 N. Mountain Ave., Suite 236
Number    Street
Upland    CA    91786
City    State    ZIP Code

909-920-0443    wdmlaw17@socalbankruptcy.net
Contact phone    Email address

246327    CA
Bar number    State

Debtor  **Sunny Rose Corporation**
        Name                                                                                    Case number (if known)_____

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/18/2024**
              MM / DD / YYYY

X _/s/_____      **Edward Young**
Signature of authorized representative of debtor    Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X  **/s/ W. Derek May**                                 Date  **11/18/2024**
Signature of attorney for debtor                              MM / DD / YYYY

**W. Derek May**
Printed name
**Law Office of W. Derek May**
Firm name
**400 N. Mountain Ave., Suite 236**
Number   Street
**Upland**                                         **CA**       **91786**
City                                               State       ZIP Code
**909-920-0443**                                   **wdmlaw17@socalbankruptcy.net**
Contact phone                                      Email address

**246327**                                         **CA**
Bar number                                         State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 4

**Fill in this information to identify the case and this filing:**

Debtor Name __Sunny Rose Corporation__

United States Bankruptcy Court for the: __Central__   District of __CA__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/18/2024__       **X** _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  __Edward Young__
                                  Printed name

                                  __Chief Executive Officer__
                                  Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case and this filing:

Debtor Name __Sunny Rose Corporation__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/18/2024__
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

__Edward Young__
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sunny Rose Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express PO Box 96001 Los Angeles, CA 90096 | | Credit Card | | | | $23,769.00 |
| American Express Po Box 96001 Los Angeles, CA 90096 | | Credit Card | | | | $20,862.00 |
| Case Anywhere LLC 21860 Burbank Blvd. Suite 125 Woodland Hills, CA 91367 | | Third party case administrator fees | | | | $135.00 |
| Chase Bank PO Box 15123 Wilmington, DE 19850 | | Credit Card | | | | $6,166.82 |
| Chase Bank PO Box 15123 Wilmington, DE 19850 | | Credit Card | | | | $35,569.88 |
| Discover PO Box 6105 Carol Stream, IL 60197-6105 | | Credit Card | | | | $16,705.00 |
| Isuzu Finance 7865 Solution Center Chicago, IL 60677 | | Vehicle finance | | $11,000.00 | $0.00 | $11,000.00 |
| Isuzu Finance 7865 Solution Center Chicago, IL 60677 | | Vehicle Finance | | $10,500.00 | $0.00 | $10,500.00 |
| Isuzu Finance 7865 Solution Center Chicago, IL 60677 | | Vehicle Finance | | $6,600.00 | $0.00 | $6,600.00 |

Debtor **Sunny Rose Corporation**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Isuzu Finance**<br>**7865 Solution Center**<br>**Chicago, IL 60677** | | **Vehicle Finance** | | $6,600.00 | $0.00 | $6,600.00 |
| **Newtek**<br>**1981 Marcus Ave #130**<br>**Lake Success, NY 11042** | | **Business Loan** | | | | $308,755.72 |
| **Rapid Finance**<br>**4500 East West Hwy**<br>**Bethesda, MD 20814** | | **Business Loan** | | | | $150,000.00 |
| **SBA**<br>**Office of General Counsel**<br>**312 North Spring Street**<br>**5th Floor**<br>**Los Angeles, CA 90012** | | **Business Loan** | | | | $1,598,700.00 |

```
Sunny Rose Corporation
2660 Pacific Park Drive
Whittier, CA 90601


W. Derek May
Law Office of W. Derek May
400 N. Mountain Ave.
Suite 236
Upland, CA 91786


American Express
Po Box 96001
Los Angeles, CA 90096


Case Anywhere LLC
21860 Burbank Blvd.
Suite 125
Woodland Hills, CA 91367


Chase Bank
PO Box 15123
Wilmington, DE 19850


Discover
PO Box 6105
Carol Stream, IL 60197-6105


Isuzu Finance
7865 Solution Center
Chicago, IL 60677


Miguel Haro-Lopez
c/o Makarem & Associates APLC
11601 Wilshire Blvd, Suite 2440
Los Angeles, CA 90025
```

```
Newtek
1981 Marcus Ave #130
Lake Success, NY 11042


Rapid Finance
4500 East West Hwy
Bethesda, MD 20814


Ronnie Ventura
c/o Abramson Labor Group
1700 W. Burbank Blvd
Burbank, CA 91506


SBA
Office of General Counsel
312 North Spring Street
5th Floor
Los Angeles, CA 90012


The Law Office of Ryan P. McClure
3200 Guasti Road, Suite 100
Ontario, CA 91761
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**W. Derek May 246327**<br>**400 N. Mountain Ave.**<br>**Suite 236**<br>**Upland, CA 91786**<br>**909-920-0443 Fax: 909-912-8114**<br>California State Bar Number: **246327 CA**<br>**wdmlaw17@socalbankruptcy.net**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Sunny Rose Corporation**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___**W. Derek May 246327**_____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
    - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☒ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*
  b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**November 18, 2024**                                    By:   **/s/ W. Derek May**
Date                                                                               Signature of Debtor, or attorney for Debtor

                                                                                            Name:   **W. Derek May 246327**
                                                                                                         Printed name of Debtor, or attorney for Debtor